# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | Criminal No. 3:25-cr-95-MMH-SJH |
| DEBORAH ANN WOOD | |

I, DEBORAH ANN WOOD, the above named defendant, who is accused of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
Deborah Ann Wood
Defendant

_____
Caleb D. Rowland, Esquire
Counsel for Defendant

Before _____
          Judicial Officer